# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### 17-1852 - Leitner-Wise v. LWRC International, LLC

### Appellant's Opening Brief, and Joint Appendix

### **ORDER**

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief or appendix must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the service date of the original version, not the corrected version.

FOR THE COURT

May 30, 2017

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Laura Carroll
Daniel Joseph Donohue
Eric G.J. Kaviar

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1852 - Leitner-Wise v. LWRC International, LLC

The Appellant's Opening Brief and Joint Appendix have been rejected for following reasons:

The following reasons apply to both <u>Appellant's Opening Brief and the Joint Appendix</u>:

- The covers do not follow the official caption provided by the clerk, which has been reproduced below. Fed. R. App. P. 32(a)(2)(C)

> PAUL ANDREW LEITNER-WISE,
>
>         Plaintiff - Appellant
>
> v.
>
> LWRC INTERNATIONAL, LLC, SIG SAUER INC.,
>
>         Defendants - Appellees

- The covers do not contain the name of the originating court in the nature of the proceedings. Fed. R. App. P. 32(a)(2)(D)

The following reasons apply to <u>Appellant's Opening Brief</u> only:

- The brief does not contain a statement of related cases. Fed. Cir. R. 47.5; Fed. Cir. R. 28(a)(4)

- The brief does not contain the judgment, order, or decision in question, and any opinion, memorandum, or findings and conclusions supporting it, as an addendum placed last within the brief. Fed. Cir. R. 28(a)(11)

- One reference in the brief to pages of the appendix does not follow the format specified by Fed. Cir. R. 30(b)(4)(E). Fed. Cir. R. 28(f). Specifically, "Appx93, 115" on page 9 is incorrect. The correct reference would be "Appx93, Appx115."

The following reasons apply to the <u>Joint Appendix</u> only:

- The docket sheet is not included on the table of contents and does not contain proper appendix pagination. Fed. Cir. R. 30(a)(2)(A)(i); Fed. Cir. R. 30(b)(6); Fed. Cir. R. 30(c)(2). Additionally, the judgment or order appealed from and any opinion, memorandum, or findings and conclusions supporting it must be placed first in the appendix. Fed. Cir. R. 30(c)(1).

- Appendix pagination marks must comply with Fed. Cir. R. 30(c)(2). Please ensure other pagination marks are redacted to where necessary to avoid confusion.

- The appendix must be accompanied by a proof of service. Fed. R. App. P. 25(d)