# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### 17-1852 - Leitner-Wise v. LWRC International, LLC

### Appellant's Opening Brief

### **ORDER**

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. The following shall apply when making corrections:

1. The corrected brief or appendix must have the word "**CORRECTED**" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the service date of the original version, not the corrected version.

FOR THE COURT

June 26, 2017                                          /s/ Peter R. Marksteiner
                                                       Peter R. Marksteiner
                                                       Clerk of Court


cc: Laura Carroll
Daniel Joseph Donohue
Eric G.J. Kaviar

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1852 - Leitner-Wise v. LWRC International, LLC

The Appellant's Opening Brief has been rejected for following reasons:

- The cover does not follow the official caption provided by the clerk. Fed. R. App. P. 32(a)(2)(C-D); Practice Note 32

> PAUL ANDREW LEITNER-WISE,
>
>     Plaintiff - Appellant
>
> v.
>
> LWRC INTERNATIONAL, LLC, SIG SAUER INC.,
>
>     Defendants - Appellees

- The covers do not contain the name of the originating court in the nature of the proceedings. Fed. R. App. P. 32(a)(2)(D)

- A brief that has been corrected must state "**Corrected**" on the cover. See Practice Note 32